The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMARTREPLY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois company,<br><br>Defendants. | Case No. 2:10-cv-01606<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE MSJ NOTING DATES AND SET EXPEDITED DISCOVERY DISPUTE SUBMISSION |

Having shown good cause for their request, the Court hereby GRANTS the parties' stipulated motion and continues SmartReply's motions for summary judgment on the duties of Hartford and AXIS to defend SmartReply in the underlying cases, to a date to be determined once the Court rules on SmartReply's motion for a protective order.

The Court also hereby sets the following expedited schedule for the discovery dispute submission:

| Date | Local Civil Rule 37(a)(10)(B) Event |
|---|---|
| December 16, 2010 | SmartReply will prepare the initial portion of the joint CR 37 submission, a proposed order, and any supporting declarations and documents, and provide them to defendants' counsel |
| December 23, 2010 | Hartford and AXIS will prepare their rebuttals to SmartReply's position for the CR 37 submission, together with any supporting declarations and documents, and provide them to counsel |
| December 30, 2010 | Noting Date for SmartReply's Motion for Protective Order SmartReply will prepare its reply on the CR 37 submission and file it, along with all supporting materials, with the Court |

DATED this __13th__ day of December, 2010.

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge

PRESENTED BY:

**GAUNTLETT & ASSOCIATES**

By:    /s/ James A. Lowe
       JAMES A. LOWE(CA SBN 214383)
David A. Gauntlett (CA SBN 96399)
Andrew M. Sussman (CA SBN 112418)
18400 Von Karman Avenue, Suite 300
Irvine, California  92612
Telephone:  (949) 553-1010
Facsimile:   (949) 553-2050
info@gauntlettlaw.com
jal@gauntlettlaw.com

ORDER GRANTING STIPULATED MOTION TO CONTINUE
 MSJ NOTING DATE  & FOR JOINT DISCOVERY SUBMISSION         1
Case No. 2:10-cv-01606

**HENDRICKS & LEWIS PLLC**

By: /s/ O. Yale Lewis, Jr.
      O. Yale Lewis, Jr. (WSBA No. 01367)
Stacia N. Lay (WSBA 30594)
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
Telephone: (206) 624-1933
Facsimile:  (206) 583-2716
oyl@hllaw.com
sl@hllaw.com

Attorneys for Plaintiff SMARTREPLY, INC.


**MEAGHER & GEER PLLP**

By: /s/ Charles Spevacek
      Charles Spevacek, Esq.
Jenny L. Sautter, Esq.
33 So. Sixth Street, Suite 4400
Minneapolis, MN 55402-3601
Main Phone:  (612) 338-0661
Fax:  (612) 877-3066
cspevacek@meagher.com
jsautter@meagher.com

**BETTS, PATTERSON & MINES, P.S**

By: /s/ Joseph D. Hampton
      Joseph D. Hampton (WSBA #15297)
Mark E. Mills (WSBA #16383)
One Convention Place, Suite 1400
701 Pike Street, Seattle, WA  98101-3927
Telephone:   (206) 292-9988
Facsimile:    (206) 343-7053
jhampton@bpmlaw.com
mmills@bpmlaw.com

Attorneys for Defendant
HARTFORD CASUALTY INSURANCE COMPANY


**WILLIAMS, KASTNER & GIBBS PLLC**

By: /s/ Dana A. Ferestien
      Dana A. Ferestien (WSBA #26460)
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone: (206) 628-6600
Facsimile:  (206) 628-6611
dferestien@williamskastner.com

Attorneys for Defendant
AXIS SURPLUS INSURANCE COMPANY

ORDER GRANTING STIPULATED MOTION TO CONTINUE
 MSJ NOTING DATE  & FOR JOINT DISCOVERY SUBMISSION    2
Case No. 2:10-cv-01606